Case 1:16-cv-03149-PAE Document 59 Filed 08/29/16 Page 1 of 1
Case 1:15-cv-03223-PAE Document 108 Filed 08/26/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2016



**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

Christopher R. Kinkade
Direct Dial: 609.844.3023
Email Address: ckinkade@foxrothschild.com

August 26, 2016

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: *Root Four Imagination Inc. v. LexisNexis Risk Solutions Inc.*
Case No. 15 Civ. 3223 (PAE)
*Root Four Imagination Inc., et al. v. LexisNexis Risk Solutions Inc.*
Case No. 16 Civ. 3149 (PAE)

Dear Judge Engelmayer:

We write as counsel for plaintiffs Root Four Imagination, Inc., Maurice Tuff, and Greg Browne, and with the consent of defendant LexisNexis Risk Solutions Inc. On behalf of all parties, we are pleased to inform the Court that the parties have been able to finalize their settlement agreement, which resolves all issues in these two litigations. As part of the agreement, the parties will be filing stipulations of dismissal in both actions.

Accordingly, the parties respectfully submit that the in-person conference currently scheduled for Monday, August 29, 2016, at 4:30 p.m. may be taken off calendar. We thank Your Honor for making yourself available.

Counsel are available at the Court's convenience should Your Honor have any questions.

8/29/16

The Court thanks counsel for this update and commends them for completing the settlement process without the need for further judicial intervention. The Court looks forward to receiving stipulations of dismissal in these two actions.

Respectfully submitted,

Christopher R. Kinkade

Christopher R. Kinkade

CRK/kp
cc: All Counsel of Record (via ECF)

**SO ORDERED:**

Paul A. Engelmayer
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas