UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROOT FOUR IMAGINATION INC., MAURICE TUFF, and GREGORY BROWNE,<br><br>Plaintiffs,<br><br>-against-<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Civil Case No.: 16-cv-03149-PAE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulated to the dismissal with prejudice of all claims against all parties in this action. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action, as agreed by the parties.

So stipulated, this 13th day of September, 2016.

| | |
|---|---|
| /s/ Christopher R. Kinkade | /s/ Edward B. Krugman |
| William R. Hansen | Edward B. Krugman (*pro hac vice*) |
| Christopher R. Kinkade | Randi Engel Schnell (*pro hac vice*) |
| Ryan N. Miller | Patrick C. Fagan (*pro hac vice*) |
| FOX ROTHSCHILD LLP | Chad K. Lennon (*pro hac vice*) |
| 100 Park Avenue, Suite 1500 | BONDURANT MIXSON & ELMORE, LLP |
| New York, NY 10017 | 3900 One Atlantic Center |
| Tel: (212) 878-7900 | 1201 West Peachtree Street, N.W. |
| Fax: (212) 692-0940 | Atlanta, Georgia 30309 |
| whansen@foxrothschild.com | Tel: (404) 881-4100 |
| ckinkade@foxrothschild.com | Fax: (404) 881-4111 |
| rmiller@foxrothschild.com | krugman@bmelaw.com |
| | schnell@bmelaw.com |
| *Attorneys for Plaintiffs Root Four Imagination Inc., Maurice Tuff, and Gregory Browne* | fagan@bmelaw.com |
| | lennon@bmelaw.com |

42180525

Eleanor M. Lackman
COWAN, DeBAETS, ABRAHAMS
 & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
elackman@cdas.com

Ha Kung Wong
John W. Kirkland
FITZPATRICK CELLA HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel.: (212) 218-2546
Fax: (212) 218-2200
hwong@fchs.com
jkirkland@fchs.com

*Attorneys for Defendant*
*LexisNexis Risk Solutions Inc.*